## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21cr95 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| JERMAINE TREADWELL, | : | |
| Defendant. | : | |

### PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 8/3/2021 |
| Jury Trial Date | 10/4/2021 |
| Final Pretrial Conference (by telephone) | Monday, 9/27/2021 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 9/3/2021 |
|    Other Motions | 9/17/2021 |
| Discovery Cut-off | 9/17/2021 |
| Speedy Trial Deadline | 10/5/2021 |
| Discovery out – Plaintiff to Defendant | by close of business – 8/19/2021 |

August 6, 2021

Walter H. Rice
_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE