## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-cr-095 |
| Plaintiff, | Civil Case No. 3:23-cv-360 |
| -vs- | |
| JERMAINE TREADWELL, | District Judge Walter H. Rice |
| | Magistrate Judge Michael R. Merz |
| Defendant. | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 56), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 49) be DISMISSED with prejudice.

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

June 12, 2024.

/s/ Walter H. Rice
Walter H. Rice
United States District Judge